SHEFFIELD CAR CO. v. BUDA FOUNDRY & MFG. CO.

(Circuit Court of Appeals, Seventh Circuit.  April 11, 1911.)

No. 1,720.

PATENTS (§ 328*)—INVENTION—RAILWAY MOTOR VELOCIPEDE.

The Hovey patent, No. 876,058, for a railway motor velocipede, discloses nothing more than the adaptation of an old motor to an old vehicle in an old way, requiring no more than mechanical skill, and is void for lack of patentable invention.

Appeal from the Circuit Court of the United States for the Eastern Division of the Northern District of Illinois.

Suit in equity by the Sheffield Car Company against the Buda Foundry & Manufacturing Company.  Decree for defendant, and complainant appeals.  Affirmed.

See, also, 177 Fed. 713.

The appeal is from a decree dismissing the bill for want of equity. The bill was to restrain infringement of letters patent No. 876,058, issued Jan. 7, 1908, for a Railway Motor Velocipede.  Claims 14, 16, 18, 20, 23, 24, 30, 32, 35, 36, 38, 39 and 41, the ones sued upon, are as follows:

14. In a structure of the class described, the combination of the frame, comprising side rails connected by crosspieces; a pair of traction wheels arranged between the side rails of said frame at the front and rear ends thereof; a crank shaft arranged transversely of said frame in front of the rear traction wheel; driving connections for said crank shaft to the axle for said rear traction wheel; means for connecting or disconnecting said driving connections; a bifurcated hand lever arranged between the said side rails of said frame; a pitman connecting said hand lever to said crank shaft; an operator's seat arranged at the rear of said hand lever; foot rests; supporting links for said foot rests; links whereby said foot rests may be detachably connected to said pitman; an engine arranged between the side rails of said frame at the rear of the front traction wheel and in front of the said seat; driving connections for said engine to the forward traction wheel; and means for connecting or disconnecting said driving connections, for the purpose specified.

16. In a structure of the class described, the combination of the frame, comprising side rails connected by crosspieces; a pair of traction wheels arranged between the side rails of said frame at the front and rear ends thereof; a crank shaft arranged transversely of said frame in front of the rear traction wheel; driving connections for said crank shaft to the axle for said rear traction wheel; means for connecting or disconnecting said driving connections; a bifurcated hand lever arranged between the said side rails of said frame; a pitman connecting said hand lever to said crank shaft; an operator's seat arranged at the rear of said hand lever; an engine arranged between the side rails of said frame at the rear of the front traction wheel and in front of the said seat; driving connections for said engine to the forward traction wheel; and means for connecting or disconnecting said driving connections, for the purpose specified.

18. In a structure of the class described, the combination of the frame comprising side rails connected by crosspieces; a pair of traction wheels arranged between the side rails of said frame at the front and rear ends thereof; a crank shaft arranged transversely of said frame in front of the rear traction wheel; driving connections for said crank shaft to the axle for said

rear traction wheel; means for connecting or disconnecting said driving connections; a hand lever arranged between the said side rails of said frame; a pitman connecting said hand lever to said crank shaft; an operator's seat arranged at the rear of said hand lever; foot rests; supporting links for said foot rests; links whereby said foot rests may be detachably connected to said pitman; an engine arranged between the side rails of said frame at the rear of the front traction wheel and in front of the said seat; driving connections for said engine to the forward traction wheel; and means for connecting or disconnecting said driving connections, for the purpose specified.

20. In a structure of the class described, the combination of the frame, comprising side rails connected by crosspieces; a pair of traction wheels arranged between the side rails of said frame at the front and rear ends thereof; a crank shaft arranged transversely of said frame in front of the rear traction wheel; driving connections for said crank shaft to the axle for said rear traction wheel; means for connecting or disconnecting said driving connections; a hand lever arranged between said side rails of said frame; a pitman connecting said hand lever to said crank shaft; an operator's seat arranged at the rear of said hand lever; an engine arranged between the side rails of said frame at the rear of the front traction wheel and in front of the said seat; driving connections for said engine to the forward traction wheel; and means for connecting or disconnecting said driving connections, for the purpose specified.

23. In a structure of the class described, the combination of the frame, comprising side rails connected by crosspieces; a pair of traction wheels arranged between the side rails of said frame at the front and rear ends thereof; a bifurcated hand lever; driving connections for said hand lever to the rear axle; an operator's seat arranged at the rear of said hand lever; an engine arranged between the side rails of said frame at the rear of the front traction wheel and in front of the said hand lever, said hand lever being adapted to straddle said engine in operation; a belt rim on the side of said forward traction wheel; a belt pulley on the crank shaft of said engine; a driving belt; a belt tightener for said driving belt; and an operating lever for said tightener, for the purpose specified.

24. In a structure of the class described, the combination of the frame, comprising side rails connected by crosspieces; a pair of traction wheels arranged between the side rails of said frame at the front and rear ends thereof; a hand lever; driving connections for said hand lever to the rear axle; an operator's seat arranged at the rear of said hand lever; an engine arranged between the side rails of said frame at the rear of the front traction wheel and in front of the said hand lever; a belt rim on the side of said forward traction wheel; a belt pulley on the crank shaft of said engine; a driving belt; a belt tightener for said driving belt; and an operating lever for said tightener, for the purpose specified.

30. In a structure of the class described, the combination of the frame, comprising side rails connected by crosspieces; a pair of traction wheels arranged between the side rails of said frame at the front and rear ends thereof; a hand lever; driving connections for said hand lever to the rear axle; an operator's seat arranged at the rear of said hand lever; an engine arranged between the side rails of said frame at the rear of the front traction wheel and in front of the said hand lever; driving connections for said engine to the forward traction wheel; means for connecting or disconnecting said driving connections; and a third wheel detachably connected to said frame, for the purpose specified.

32. In a structure of the class described, the combination of the frame, comprising side rails connected by crosspieces; a pair of traction wheels arranged between the side rails of said frame at the front and rear ends thereof; a hand lever; driving connections for said hand lever to the rear axle; an operator's seat arranged at the rear of said hand lever; an engine arranged between the side rails of said frame at the rear of the front traction wheel and in front of the said hand lever, said hand lever being adapted to straddle said engine in operation; driving connections for said engine to the

forward traction wheel; and means for connecting or disconnecting said driving connections, for the purpose specified.

35. In a structure of the class described, the combination of the frame, comprising side rails connected by crosspieces; a pair of traction wheels arranged between the side rails of said frame at the front and rear ends thereof; an operator's seat; an engine arranged between the side rails of said frame at the rear of the front traction wheel and in front of the said operator's seat; a belt rim on the side of said forward traction wheel; a belt pulley on the crank shaft of said engine; a driving belt; a belt tightener for said driving belt; an operating lever for said tightener; and a third wheel detachably connected to said frame, for the purpose specified.

36. In a structure of the class described, the combination of the frame, comprising side rails connected by crosspieces; a pair of traction wheels arranged between the side rails of said frame at the front and rear ends thereof; an operator's seat; an engine arranged between the side rails of said frame at the rear of the front traction wheel and in front of the said operator's seat; a belt rim on the side of said forward traction wheel; a belt pulley on the crank shaft of said engine; a driving belt; a belt tightener for said driving belt; and an operating lever for said tightener, for the purpose specified.

38. In a structure of the class described, the combination with a frame, of traction wheels and motor, a hand-power driving mechanism, and a foot-power driving mechanism, arranged and connected so that the car may be propelled either by the motor hand-power or foot-power, or any combination thereof, as desired.

39. In a structure of the class described, the combination of a frame; traction wheels; an engine; driving connections therefor to one of said traction wheels; a hand lever; driving connections therefor to one of the traction wheels; and means for connecting or disconnecting said driving connections for said hand lever and engine.

41. In a structure of the class described, the combination of a frame; traction wheels; an engine; driving connections for said engine to one of said traction wheels; a hand lever; driving connections therefor to one of said traction wheels; pivotally-supported foot rests; detachable connections therefor to said hand lever; and means for connecting or disconnecting said driving connections.

Other patents cited are the following:

No. 876,058, W. S. Hovey, Jan. 7. 1908.
No. 270,320, E. B. Linsley, Jan. 9, 1883.
No. 599.912, J. McGeorge, Mar. 1. 1898.
No. 620,586, J. Henderson, Mar. 7, 1899.
No. 673,123, J. Henderson, Apr. 30, 1901.
No. 678,963, G. W. Manson, July 23. 1901.
No. 710,048, S. H. Ellis, Sept. 30, 1902.
No. 738,559. J. W. Meijer, Sept. 8, 1903.
No. 914,347, W. S. Hovey, Mar. 2, 1909.
No. 914,348. W. S. Hovey, Mar. 2. 1909.
No. 914.845, M. L. Jenkins, Mar. 9, 1909.

The facts are stated in the opinion.

Fred L. Chappell and Otis A. Earl, for appellant.
Paul Synnestvedt, for appellee.

Before GROSSCUP, BAKER, and SEAMAN, Circuit Judges.

GROSSCUP, Circuit Judge, delivered the opinion.

The combination claimed started with a railway motor velocipede (old), in which was combined propulsion by hand and propulsion by

187 F.—54

feet. Nothing in the patent in suit introduces any novelty in the velocipede in these respects.

The gasoline engine introduced by the patent in suit is a standard gasoline engine, and the application of the power of the engine to the wheel of the car is the same as in a previous velocipede (Ellis patent No. 710,048), devised and intended to be used upon a railroad track. In this velocipede the application of power was to the front wheel, driving it from the motor by means of a belt connecting with a belt tightener, containing means also (practically the same means as in the patent in suit) whereby the foot driving or the engine driving means might either, one or the other, be disconnected, so that when one was in use the other was out of use.

True, the Ellis invention was not built sufficiently strong to answer the purposes of a hand car for section men, and did not contain the means of propulsion by hand used in the old hand car, so that in one sense it may be said that Hovey brought about a vehicle that before that time had not been, in that exact form, in existence, to-wit, a railroad hand car adapted to the use of section men, combining means for propulsion by gasoline engine, in connection with propulsion by hand and propulsion by feet, and adaptable to the use of all these means at the same time, or separately, as the driver might wish; but after all is said, there was nothing more than the adaptation of an old motor (a gasoline engine) to an old vehicle (the hand car) in an old way (the Ellis velocipede), with such re-adjustments (clearly the work of an intelligent mechanic) as the application of the motor to this kind of velocipede made necessary. We see nothing in this that constitutes patentable invention. Hovey's work, informed as he was by the previous art, was mechanical adaptation. Once the combination of the gasoline motor to the old velocipede was accomplished, there must be an end somewhere to what is patentable invention in the mere re-adjustments or re-adaptations of this concept. In our judgment that end was reached before Hovey began.

The decree appealed from will be
Affirmed.